UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KING and MAOYUN ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, FREMONT,<br><br>Defendant.<br>_____/ | No. C-13-1897 EMC<br><br>**ORDER RE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**(Docket No. 13)** |

Plaintiffs, who are *pro se*, have filed what appears to be a request for a preliminary injunction. Docket No. 13. Defendant is apparently attempting to collect from Plaintiffs on an alleged overpayment of Supplemental Security Income benefits. *Id.* Ex. A. Plaintiffs have been given until June 8, 2013 to pay this back amount. *Id.* Although Plaintiffs' brief is not entirely clear on this front, it seems that they are arguing that the alleged overpayment is related to the dispute in the instant case, and that they are seeking an injunction halting collection efforts until the case at bar is resolved.

While a summons has been issued as to Defendant, Defendant has not yet filed an appearance in this case. Additionally, it appears that Plaintiffs have not served this motion on Defendant.

Defendant is ordered to submit by June 5, 2013 either a stipulation consenting to a halt of all collection efforts during the pendency of this action, or an opposition indicating why this Court should not enter an injunction to that effect.

Due to the time sensitive nature of this order, the Clerk of the Court is directed to serve Defendant with this order and a copy of Plaintiffs' motion. In the future, Plaintiffs are required to serve Defendant with copies of all documents filed with the Court. *See* Fed. R. Civ. P. 5(a).

IT IS SO ORDERED.

Dated: May 30, 2013

_____
EDWARD M. CHEN
United States District Judge