UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY KING,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.
_____/

No. C-13-1897 EMC

**ORDER RE PLAINTIFF'S POST-JUDGMENT BRIEF**

On July 8, 2013, this Court issued an order dismissing this case for lack of subject matter jurisdiction, as Plaintiff has not yet exhausted his administrative remedies before the Social Security Administration. Docket No. 32. On July 11, 2013, this Court received a brief from Plaintiff, which focused on the merits of Plaintiff's claims, and which he had apparently sent prior to this Court's July 8 order. Docket No. 34. Plaintiff is advised that for the reasons stated in this Court's July 8 order, his submissions should be directed not to this Court but to the Administrative Law Judge assigned to his case. This case remains closed.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
EDWARD M. CHEN
United States District Judge