UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY KING,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.
_____/

No. C-13-1897 EMC

**ORDER REQUESTING BRIEFING ON PLAINTIFF'S MOTION TO REOPEN CASE**

        On October 17, 2013, Plaintiff filed a motion to reopen his case. In this motion, Plaintiff appears to agree with the administrative law judge's decision in his proceeding, but argues that a Social Security Administration officer has failed to accurately interpret and enforce the order. Defendant is ordered to file a response to Plaintiff's motion to reopen within 7 days of this order. This response shall address whether this Court has subject matter jurisdiction to review the enforcement of the ALJ's order. Defendant's response shall not exceed 10 pages, double spaced, in length. No reply shall be filed.

        IT IS SO ORDERED.

Dated: October 23, 2013

_____
EDWARD M. CHEN
United States District Judge